U.S. BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MYCAEL ARISTILDE              :        CHAPTER 13 BANKRUPTCY
         Debtor                        :        NO. 15-18170

ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:    $3,200
Total paid by Debtor prepetition:   $1,200
($2,000 to be paid in Plan)
Filing fee paid by client

The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

Date: July 15, 2016

_____
Richard E. Fehling, J.