```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 15-18170-ref
Mycael Aristilde                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Cathleen              Page 1 of 1              Date Rcvd: Jul 15, 2016
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db             +Mycael Aristilde,    2417 West Walnut Street,    Allentown, PA 18104-6226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        PAUL H. YOUNG    on behalf of Debtor Mycael  Aristilde ykassoc@gmail.com, ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                  TOTAL: 5

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MYCAEL ARISTILDE            :      CHAPTER 13 BANKRUPTCY
                Debtor               :      NO. 15-18170

ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:    $3,200
Total paid by Debtor prepetition:   $1,200
($2,000 to be paid in Plan)
Filing fee paid by client

The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

Date: July 15, 2016

_____
Richard E. Fehling, J.