**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Mycael Aristilde | : | Bankruptcy No.  15-18170-ref |
| Debtor(s) | : | Chapter 13 |
| Nationstar Mortgage LLC | : | |
| Movant, | : | |
| | : | |
| Mycael Aristilde, | : | |
| Debtor(s) / Respondent(s), | : | |
| and | : | |
| Frederick L. Reigle, | : | |
| Trustee / Respondent. | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Nationstar Mortgage LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

           Matthew C. Waldt, Esquire
           Milstead & Associates, LLC
           1 East Stow Road
           Marlton, NJ 08053
           856-482-1400

      Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: August 17, 2016                        MILSTEAD & ASSOCIATES, LLC

                                                          BY:  /s/Matthew C. Waldt
                                                           Matthew C. Waldt, Esquire
                                                           Attorney ID No. 203308
                                                           1 East Stow Road
                                                           Marlton, NJ 08053
                                                           (856) 482-1400