## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Mycael Aristilde,<br>　　　　　　Debtor(s) | Chapter 13 |
| Nationstar Mortgage LLC,<br>　　　　　　Movant, | Case No. 15-18170-ref |
| Mycael Aristilde ,<br>　　　　　　Debtor(s) / Respondent(s), | Hearing Date: September 22, 2016<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |
| and<br>Frederick L. Reigle,<br>　　　　　　Trustee / Respondent | |

* * * * * * *

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

　　Nationstar Mortgage LLC has filed Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

　　**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 16, 2016**, you or your attorney must do all of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　　　United States Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　Office of the Clerk
　　　　　　The Madison Building,
　　　　　　400 Washington Street
　　　　　　Reading, PA 19601

　　　　(b)　　mail a copy to the Movant's attorney:

　　　　　　Matthew C. Waldt, Esquire
　　　　　　Milstead & Associates, LLC
　　　　　　1 E. Stow Road

    Marlton, NJ 08053
    Phone No.: (856) 482-1400
    Fax No.: (856) 482-9190

  (c)  mail a copy to the Chapter 13 Trustee:

    Frederick L. Reigle, Trustee
    Chapter 13 Trustee
    2901 St. Lawrence Ave.
    P.O. Box 4010
    Reading, PA 19606

  2.  If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **September 22, 2016, at 9:30 a.m. in Courtroom 1**, 400 Washington Street, Reading, PA 19601.

  4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

            Respectfully submitted,
            MILSTEAD & ASSOCIATES, LLC

DATED: August 30, 2016

            /s/Matthew C. Waldt
            Matthew C. Waldt, Esquire
            Attorney ID No. 203308
            mwaldt@milsteadlaw.com
            1 East Stow Road
            Marlton, NJ 08053
            Attorneys for Movant