# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Mycael Aristilde,<br><br>                Debtor | Chapter 13<br><br>Case No.: 15-18170-ref |
| Nationstar Mortgage LLC,<br>                Movant,<br>vs.<br>Mycael Aristilde,<br>                Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on November 3, 2016 with regard to the above matter is APPROVED.

**Date: November 4, 2016**

Hon. Richard E. Fehling, U.S.B.J.

205617-2