United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18170-ref
Mycael Aristilde                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen            Page 1 of 1             Date Rcvd: Nov 04, 2016
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db             +Mycael Aristilde,    2417 West Walnut Street,    Allentown, PA 18104-6226
13631973      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                   Lewisville, TX 75067)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13671827*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAUL H. YOUNG    on behalf of Debtor Mycael  Aristilde ykassoc@gmail.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Mycael Aristilde,<br><br>            Debtor | Chapter 13<br><br>Case No.: 15-18170-ref |
| Nationstar Mortgage LLC,<br>            Movant,<br>vs.<br>Mycael Aristilde,<br>            Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>            Trustee / Respondent. | |

**ORDER**
_____

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on November 3, 2016 with regard to the above matter is APPROVED.

**Date: November 4, 2016**

_____

Hon. Richard E. Fehling, U.S.B.J.

205617-2