## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Mycael Aristilde,<br>                Debtor(s) | Chapter 13 |
| Nationstar Mortgage LLC,<br>                Movant, | Case No. 15-18170-ref |
| Mycael Aristilde ,<br>                Debtor(s) / Respondent(s), | Hearing Date: September 22, 2016<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |
| and<br>Frederick L. Reigle,<br>                Trustee / Respondent | |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
### AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY

AND NOW, it is hereby

**ORDERED** that Nationstar Mortgage LLC is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Mycael Aristilde, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Albert Mori, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 2411 West Walnut Street, Allentown, PA 18104-6226;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

**Date: February 27, 2017**

_____
Hon. Richard E. Fehling, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
        Paul H. Young, Esquire
        Frederick L. Reigle, Trustee)
        Mycael Aristilde
        Albert Mori