United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mycael Aristilde
    Debtor

Case No. 15-18170-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Feb 27, 2017
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db         +Mycael Aristilde,   2417 West Walnut Street,   Allentown, PA 18104-6226
13631969      Albert Mori,   2411 West Walnut Street,   Allentown, PA 18104-6226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
       FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
       PAUL H. YOUNG   on behalf of Debtor Mycael  Aristilde ykassoc@gmail.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
       THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Mycael Aristilde,<br>            Debtor(s) | Chapter 13 |
| Nationstar Mortgage LLC,<br>            Movant, | Case No. 15-18170-ref |
| Mycael Aristilde ,<br>            Debtor(s) / Respondent(s), | Hearing Date: September 22, 2016<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |
| and<br>Frederick L. Reigle,<br>            Trustee / Respondent | |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
### AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY

AND NOW, it is hereby

**ORDERED** that Nationstar Mortgage LLC is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Mycael Aristilde, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Albert Mori, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 2411 West Walnut Street, Allentown, PA 18104-6226;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

**Date: February 27, 2017**

_____
Hon. Richard E. Fehling, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
       Paul H. Young, Esquire
       Frederick L. Reigle, Trustee)
       Mycael Aristilde
       Albert Mori